# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **STEPHEN FOULKS, Inmate #K-66619,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 07-761-JPG |
| | ) |
| **ROGER WALKER,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

Before the Court is Plaintiff's motion for leave to file an amended complaint (Doc. 6). However, in this District,

> the original of a proposed amendment to a pleading or amended pleading itself should accompany the motion to amend so that it may be filed *instanter* if the motion is granted. All new material shall be underlined. It is sufficient to simply underline the names of new parties the first place they appear in amended pleadings. Similarly, when new claims or defenses are raised by amendment, it is sufficient that the number of the designated count or paragraphs identifying the amendments be underlined.

Local Rule 15.1; *see* FED.R.CIV.P. 15.

Plaintiff did not submit a copy of his proposed amended complaint with his motion. Accordingly, this motion is **DENIED** without prejudice.

Plaintiff also filed a motion to dismiss Defendant Nahass from this action (Doc. 7). Voluntary withdrawal of any portion of his complaint is Plaintiff's right, and, accordingly, the motion is **GRANTED**; Defendant **NAHAS**S is **DISMISSED** without prejudice from this action

**IT IS SO ORDERED.**

**Dated: December 13, 2007.**

                                             **s/ J. Phil Gilbert**
                                             **U. S. District Judge**