# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEPHEN FOULKS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 07-cv-761-JPG |
| ROGER WALKER, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

Before the Court is Plaintiff's recent motion for leave to amend his complaint (Doc. 15), accompanied by his proposed amended complaint. The motion is **GRANTED**; the Clerk shall file Plaintiff's proposed amended complaint.

It follows that Plaintiff's prior motions to amend and supplement the complaint (Docs. 10, 13), are now **MOOT**.

**IT IS SO ORDERED.**

**Dated: January 15, 2009.**

                                               s/ J. Phil Gilbert
                                               **U. S. District Judge**